NUMBER 13-03-636-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

FROST NATIONAL BANK, AS SUCCESSOR TRUSTEE OF 
THE ROBYN M. ROGERS MARITAL DEDUCTION TRUST,       Appellant,

v.

KANALY TRUST COMPANY, AS TRUSTEE OF THE ROBYN 
M. ROGERS MARITAL DEDUCTION TRUST,                          Appellee.
____________________________________________________________________

On appeal from Probate Court No. 2 of Harris County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Opinion Per Curiam

         Appellant, FROST NATIONAL BANK, AS SUCCESSOR TRUSTEE OF THE
ROBYN M. ROGERS MARITAL DEDUCTION TRUST, perfected an appeal from a
judgment entered by Probate Court No. 2 of Harris County, Texas, in cause number
326222. The parties have filed a joint motion to dismiss the appeal. In the motion,
the parties state that this case has been settled. In accordance with the settlement
agreement, the parties move that the Court dismiss this appeal.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                                                 PER CURIAM
Opinion delivered and filed this
the 15th day of April, 2004.